UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

DAGHRIB SHAHEED
                    Plaintiff

v.

THE CITY OF NEW YORK et al.,
                    Defendants
-----------------------------------------------------

PROOF OF SERVICE
**CIVIL ACTION NO. 14 CV 7424**

I, Lawrence P. LaBrew, Esq., an attorney duly admitted to practice in all New York State Courts, hereby swear that the following facts are true:

1. I am the attorney for the Plaintiff in the above-captioned action, I am over 18 years of age, and I am not a party to this action.

2. On 31 October 2014, at about 6:18pm in the evening I served a summons and complaint for the above-captioned action on Defendant New York City Police Officer Paul Bliss, at his actual place of business at the 25th Precinct of the New York City Police Department, located at 120 East 119th Street, New York, New York 10035.

3. A true copy of the above-referenced documents was delivered to a person of suitable age and discretion, namely New York City Police Department Lieutenant Gonzalez, who stated that he is the supervisor of Defendant Police Officer Paul Bliss, whose actual place of business is the 25th Precinct of the New York City Police Department, located at 120 East 119th Street, New York, New York 10035. Lieutenant Gonzalez is a light skinned Latino male in his mid forties, who is about 5" 8' in height, and who appeared to weigh about 170 pounds.

4. On 14 November 2014 I mailed Defendant Police Officer Paul Bliss a true copy of the summons and complaint in the above-captioned action to his actual place of business at the

25th Precinct of the New York City Police Department, located at 120 East 119th Street, New York, New York 10035.

5. A true copy of the afore-mentioned summons and complaint were put in a postage-paid wrapper, and deposited in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, and said envelope was addressed to Police Officer Paul Bliss. The afore-mentioned documents were mailed via first class mail. The envelope was marked "Personal and Confidential", and there were no markings on the envelope to indicate that the postage-paid wrapper was from an attorney or a law office. The Certificate of Mailing from the United States Postal Service is attached.

6. Service on Defendant Police Officer Paul Bliss was effectuated under New York State Law, and under the Federal Rules of Civil Procedure pursuant to FED. R. CIV. P. 4(e) and N.Y. C.P.L.R. §§ 308(1) and 308(2).

DATE:   30 January 2015
        New York, New York

Respectfully,

_____
Lawrence P. LaBrew
Attorney for the Plaintiff
Law Office of Lawrence LaBrew
160 Broadway FL 6 RM 600
New York, New York 10038
Tel: (212) 385-7500

---

**UNITED STATES POSTAL SERVICE**
**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Law Office of Lawrence LaBrew
160 Broadway FL6 Rm 600
New York NY 10038

To: NYC Police Officer Paul Bliss
25th Precinct 120 E 119th St
New York NY 10035-3921

PS Form 3817, April 2007 PSN 7530-02-000-9065

$001.30° NOV 14 2014
MAILED FROM ZIP CODE 10007